CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Dillon Holmes**; DOB: 1988; United States<br>**Brittney Jean Gallagher**; DOB: 1993; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-08635 MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(ii). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about June 29, 2021, in the District of Arizona, **Dillon Holmes** and **Brittney Jean Gallagher**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Simon Cortes-Ramirez, in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(A)(v)(I).**

**COUNT 2 (Felony)** On or about June 29, 2021, in the District of Arizona, **Dillon Holmes** and **Brittney Jean Gallagher**, knowing and in reckless disregard of the fact that certain illegal aliens, including Simon Cortes-Ramirez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On June 29, 2021, at approximately 5:49 p.m., Border Patrol Agents (BPAs) working surveillance duties observed a silver Ford Explorer as it pulled into the parking lot of a Motel 6. The driver of the Explorer, later identified as **Dillon HOLMES**, backed the SUV into a parking spot on the west side of the parking lot. At the same time, BPAs also witnessed a silver Nissan Murano enter the parking lot. The driver of the Nissan, later identified as **Brittney GALLAGHER**, parked the Nissan near room 121. BPAs then saw **HOLMES** exit his vehicle and run to room 121 and opened the door using a key card. Immediately after, two Hispanic males, to include Simon Cortes-Ramirez, exited the Nissan, crouched down and ran inside room 121. Shortly after, **GALLAGHER** was then seen exiting her vehicle and entering room 121. **HOLMES** then left the parking lot. At approximately 6:20 p.m., **HOLMES** returned in the Ford and backed into a parking spot directly in front of room 121. **HOLMES** exited the vehicle, opened the rear driver side door and a third Hispanic male exited the vehicle and was walked into room 121 by **HOLMES**. **HOLMES** and **GALLAGHER** were seen constantly in and out of room 121 until **HOLMES** left the motel at approximately 6:56 p.m., and **GALLAGHER** left the motel at approximately 7:00 p.m.

**GALLAGHER** was then followed by BPAs to a residence in Rio Rico, Arizona and then to a gas station in Patagonia, Arizona. At approximately 8:33 p.m. **HOLMES** returned to the motel where **HOLMES** then walked the three Hispanic males one by one out of the motel room and into the Explorer. **HOLMES** and the other three passengers then left the motel at approximately 8:55 p.m. and were followed by BPAs. Nogales Police Department (NPD) was then contacted for assistance. NPD Officer conducted an investigative stop of the Ford at approximately 9:00 p.m. As the NPD Officer engaged **HOLMES**, BPAs confirmed that the three Hispanic males were illegally present in the United States. At the same time, BPAs made a consensual encounter with **GALLAGHER** at the gas station in Patagonia, Arizona. BPAs asked **GALLAGHER** if there were any other people in the vehicle to which **GALLAGHER** responded that there weren't and that her car had broken down. BPAs were able to see into the vehicle through windows that were rolled down and observed five subjects attempting to conceal themselves. All five passengers admitted to being illegally present in the United States.
**Continued on back.**

**MATERIAL WITNESS IN RELATION TO THE CHARGE:**

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge<br>AUTHORIZED BY:  AUSA JAA/pl | SIGNATURE OF COMPLAINANT<br><br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ ||
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 30, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54.

**Continued from front.**

21-08635MJ

Records checks revealed that Simon Cortes-Ramirez is a citizen of Mexico and does not have the proper documentation to enter, pass through or remain in the United States legally. Cortes was previously removed from the United States on June 25, 2021

After waiving his *Miranda* rights, **HOLMES** stated he was in Nogales, Arizona to borrow money. **HOLMES** stated he rented a room at the Motel 6 just to stay overnight. **HOLMES** stated that while standing outside his room a few individuals approached him and asked him for a ride to Sierra Vista, Arizona. **HOLMES** stated he did not know the people in his car were non-citizens.

After waiving her *Miranda* rights, **GALLAGHER** stated she was asked by **HOLMES** if she could drive a grey Nissan Murano since she has a driver's license. **GALLAGHER** stated she agreed to drive. **GALLAGHER** stated she was told to drive and pick up undocumented non-citizens while being in Nogales. **GALLAGHER** admitted to going to two different residences to pick up people and take them back to the hotel room they rented. **GALLAGHER** stated that **HOLMES** would send exact locations or addresses to where people had to be picked up. **GALLAGHER** stated her last pick up was today where she picked up the five individuals she was apprehended with and she was told to drive them to Sierra Vista, Arizona. **GALLAGHER** stated she was not paid nor was she expecting to be paid.